No. 606. ADAMS GRAIN & PROVISION COMPANY *v.* JOHN BARTON PAYNE, DIRECTOR GENERAL OF RAILROADS, ETC. Error to the Circuit Court of Appeals for the Fourth Circuit. Motion to dismiss submitted March 17, 1924. Decided April 7, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *United States* v. *Krall,* 174 U. S. 385, 389–391; *German National Bank* v. *Speckert,* 181 U. S. 405, 409; *United States* v. *Beatty,* 232 U. S. 463, 466; *Arnold* v. *Guimarin & Co.,* 263 U. S. 427. And see decision this day announced in *Dupont de Nemours & Co.* v. *Davis, ante,* 456. *Mr. David H. Leake* and *Mr. Walter Leake,* for defendants in error, in support of the motion. *Mr. Robert H. Talley,* for plaintiffs in error, in opposition to the motion.

----

No. —, Original. *Ex parte:* IN THE MATTER OF WILLIAM A. HIGGINS, ET AL., PETITIONERS. Submitted April 7, 1924. Decided April 14, 1924. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Mark Stearman* and *Mr. Emanuel J. Myers* for petitioners. *Mr. Wolcott H. Pitkin* and *Mr. Samuel J. Rosensohn* for respondent.

----

No. —, Original. *Ex parte:* IN THE MATTER OF A. A. SANDER, PETITIONER. Submitted April 7, 1924. Decided April 14, 1924. Motion for leave to file a petition for a writ of habeas corpus herein denied. *Mr. A. A. Sander* pro se.

----

No. 3, Original. STATE OF NEW MEXICO, COMPLAINANT, *v.* STATE OF TEXAS. In Equity. Order entered April 14, 1924. Motion of the State of New Mexico to take additional testimony of the witness R. J. Owen granted, to be limited to the subject matter detailed in his affidavits,